JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  | Case No.  CV 18-02002-AB (AGRx) |
|---|---|
| Chris Langer | |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| 6062 Alcoa Properties, L.P. et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 22, 2018  _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE