CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DANIEL P STIMPERT
dpstimpert@stimpertford.com
STIMPERT AND FORD LLP
8500 Wilshire Boulevard, Suite 640
Beverly Hills, CA 90211
Telephone: (323) 782-6782
Facsimile: (323) 782-6788
Attorney for Defendants
6062 Alcoa Properties, L.P. and The Latt Sisters Partnership

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>6062 ALCOA PROPERTIES, L.P., a California Limited Partnership; THE LATT SISTERS PARTNERSHIP, a California General Partnership; WON SUK KIM; and Does 1-10,<br><br>    Defendants. | Case: 2:18-CV-02002-AB-AGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 1, 2018    CENTER FOR DISABILITY ACCESS

By:   /s/ Phyl Grace
     Phyl Grace
     Attorneys for Plaintiff

Dated: June 1, 2018    STIMPERT AND FORD LLP

By:   /s/ Daniel P. Stimpert
     Daniel P. Stimpert
     Attorney for Defendants
     6062 Alcoa Properties, L.P. and The
     Latt Sisters Partnership

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Daniel P Stimpert, counsel for 6062 Alcoa Properties, L.P. and The Latt Sisters Partnership, and that I have obtained Mr. Stimpert's authorization to affix his electronic signature to this document.

Dated: June 1, 2018                CENTER FOR DISABILITY ACCESS


By: ___/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff